DAVID A. HUBBERT
Deputy Assistant Attorney General

CHARLES M. DUFFY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-6406 (v)
202-307-0054 (f)
Charles.m.duffy@usdoj.gov

JASON M. FRIERSON
United States Attorney
*Of Counsel*

Attorneys for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| HARDY COMPANIES, INC., a Nevada Corporation,<br><br>    Plaintiff,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:24-cv-01615-JCM-EJY<br><br>**STIPULATION REGARDING THE UNITED STATES' REQUEST FOR A FORTY-FIVE (45) DAY EXTENSION OF TIME TO RESPOND TO THE COMPLAINT (FIRST REQUEST)** |

      The parties to this case, through undersigned counsel, hereby stipulate and agree that the United States, which is the defendant in this matter, should have an additional forty-five (45) days to respond to the complaint filed in this matter. Additional support for the request is set forth below.

      1.      The complaint in this case was filed on August 30, 2024.

      2.      Based on information and belief, the United States Attorney's Office for the District of Nevada was served on or about September 10, 2024.

      3.      Based on that service date, the United States' response to the complaint is due on November 11, 2024. *See* Rule 12(a)(2) of the Federal Rules of Civil Procedure.

1

4. The United States represents that it needs the requested additional time to respond so that the United States Department of Justice can more fully coordinate the defense of this matter with the Internal Revenue Service ("IRS"). The additional time will also allow the Department of Justice to attempt to obtain relevant files from the IRS.

5. If the request for additional time is granted, the United States' response to the complaint will be due on December 26, 2024.

6. The undersigned Government counsel contacted Gary M. Slavett, who is the lead attorney for the plaintiff, and Mr. Slavett does *not* oppose the request.

7. This is the first request by the United States to extend the deadline to respond to the complaint.

STIPULATED AND AGREED this day 6th of November, 2024.

DAVID H. HUBBERT
Deputy Assistant Attorney General

*/s/ Charles M. Duffy*
CHARLES M. DUFFY
Trial Attorney, Tax Division
U.S. Department of Justice

*Attorney for the United States*

*/s/ Gary M. Slavett*
GARY M. SLAVETT, Esquire
Holtz, Slavett & Drabkin, P.C.
10940 Wilshire Blvd., Suite 2000
Los Angeles, California 90024
Telephone: (310) 550-6200
Fax: (310) 774-3904
E-mail: gslavett@hsdtaxlaw.com

*Attorney for the Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED   November 6, 2024

3