DAVID A. HUBBERT
Deputy Assistant Attorney General

CHARLES M. DUFFY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-6406 (v)
202-307-0054 (f)
Charles.m.duffy@usdoj.gov

SUE FAHAMI
Acting United States Attorney
*Of Counsel*

Attorneys for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| HARDY COMPANIES, INC., a Nevada Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 2:24-cv-01615-JCM-EJY<br><br>**STIPULATION BY THE PARTIES REQUESTING A CONTINUANCE FOR NINETY (90) DAYS OF THE DEADLINE TO FILE THE DISCOVERY PLAN/ SCHEDULING ORDER** |

   The parties to this case, through undersigned counsel, hereby jointly request that the deadline for the Discovery Plan/Scheduling Order be continued for 90 days based on the following:

   1.   The Court directed the parties on December 26, 2024 to file a Discovery Plan/Scheduling Order by February 9, 2025.  *See* ECF #8.

   2.   Counsel for the parties spoke by telephone on January 29, 2025 for the purpose of discussing the Discovery Plan/Scheduling Order.

1

3. During the referenced telephone call, counsel for the parties also discussed the case and counsel concluded that it could be beneficial for the parties to exchange certain documents for the purpose of determining if the case can be resolved without the Court's immediate intervention.

4. If this Stipulation is granted, and the case is not resolved in the interim, the parties will file the Discovery Plan/Scheduling Order on or before May 9, 2025.

STIPULATED AND AGREED on February 6, 2025.

DAVID H. HUBBERT
Deputy Assistant Attorney General


/s/ Charles M. Duffy
CHARLES M. DUFFY
Trial Attorney, Tax Division
U.S. Department of Justice

*Attorney for the United States*


/s/ Gary M. Slavett
GARY M. SLAVETT, Esquire
Holtz, Slavett & Drabkin, P.C.
10940 Wilshire Blvd., Suite 2000
Los Angeles, California 90024
Telephone: (310) 550-6200
Fax: (310) 774-3904
E-mail: gslavett@hsdtaxlaw.com

*Attorney for the Plaintiff*


**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE

DATED   February 7, 2025