BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

KENTON MCINTOSH (DCBN 1656705)
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 683
Washington, D.C. 20044
Phone: 202-514-3768
Fax: 202-307-0054
Kenton.McIntosh@usdoj.gov

Attorney for the United States

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| HARDY COMPANIES, INC., a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:24-cv-01615-JCM-EJY<br><br>**STIPULATED NOTICE OF DISMISSAL** |

The United States of America and Plaintiff stipulate to dismiss this action in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each side is to bear its respective costs and fees of litigation with respect to Plaintiff's claims, including attorneys' fees.

///

///

///

///

Dated this 8th day of June, 2026.

BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General,
Tax Litigation Branch

/s/ Kenton McIntosh
Kenton McIntosh
Trial Attorney
Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 683
Washington, D.C. 20044

*Attorney for the United States*

/s/ Gary M. Slavett
GARY M. SLAVETT, Esquire
Holtz, Slavett & Drabkin, P.C.
10940 Wilshire Blvd., Suite 2000
Los Angeles, California 90024
Telephone: (310) 550-6200
Fax: (310) 774-3904
E-mail: gslavett@hsdtaxlaw.com

*Attorney for the Plaintiff*

IT IS SO ORDERED.

James C. Mahan

U.S. DISTRICT JUDGE

Date: October 8, 2024